# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF FLORIDA



RECD BY _____ D.C.

SEP - 4 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO.: TBA

VALENTIN SPATARU

   Plaintiff,

v.

MIAMI-DADE POLICE DEPARTMENT (MDPD), a political subdivision of Miami-Dade County, Florida;

C. ROMERO, MDPD Officer, in his individual and official capacity;

JOHN SWAT 1, JOHN SWAT 2, JOHN SWAT 3, JOHN SWAT 4, and JOHN SWAT 5, Officers of MDPD, in their individual and official capacities;

JUAN PEREZ, Director of MDPD at that time, in his individual and official capacity;

MIAMI-DADE COUNTY (MDC), Florida;

CARLOS GIMENEZ, the Mayor of MDC at that time, in his individual and official capacity;

   Defendants

08/24/20

**Complaint for Damages for Violations of Rights, and Request for Jury Trial**

by Valentin Spataru, pro se

c/o CILK - Center for Independent Living

103400 Overseas Hwy. S.243, Key Largo, FL 33037

Mobile cell phone: 305 615 0061

Email: valentin.spataru.macc.cpa@gmail.com, valespa@outlook.com

*Dear Court, I have not been able to print all, due to covid virus, but I will print ASAP.* /s/ V. Spataru

09/03/2020

PRIORITY® MAIL

PRESS FIRMLY TO SEAL

PRIORITY® MAIL

PRIORITY® MAIL

PRESS FIRMLY TO SEAL

PRIORITY® MAIL

PRIORITY MAIL FLAT RATE ENVELOPE POSTAGE REQUIRED

This product is for use with Priority Mail. Misuse may be a violation of federal law. This label is not for resale.

United States Postal Service®

VISIT US AT USPS.COM® Label 106A, Nov 2018

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL

UNITED STATES POSTAL SERVICE — Retail

P

US POSTAGE PAID

$7.75

Origin: 33180
09/03/20
1158920126-16

PRIORITY MAIL 1-DAY®

0 Lb 5.00 Oz

1006

EXPECTED DELIVERY DAY: 09/04/20

C075

SHIP TO:
400 NORTH MIAMI AVE
Miami FL 33128-1801

USPS TRACKING® NUMBER

9505 5132 5313 0247 4593 80

ance (restrictions apply).*
ernational destinations.

rm is required.

is exclusions see the

y and limitations of coverage.

U.S. MARSHALS ... BY

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

FROM:
VALENTIN SPATARU
103400 O/S Hwy S.243
Key Largo, FL 33037

TO:
US Courthouse
400 N. Miami Ave.
Miami, FL 33128

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

