UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-23727-GAYLES

VALENTIN SPATARU,

       Plaintiff,

v.

MIAMI-DADE POLICE DEPARTMENT,
et al.,

       Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court on *pro se* Plaintiff Valentin Spataru's Appeal of Order denying Motion for Leave to Proceed *in forma pauperis* and Motion for Referral to Volunteer Attorney Program[1] (the "Motion for Reconsideration") [ECF No. 13]. The Court has carefully reviewed the Motion for Reconsideration and the record and is otherwise fully advised. For the reasons set forth below, the Motion for Reconsideration is denied.

On September 4, 2020, Plaintiff filed a request to proceed without paying the required filing fee ("IFP Motion") [ECF No. 3]. In the IFP Motion, Plaintiff indicated that he has a home purchase trust valued at over $170,000. *Id.* As a result, on November 23, 2020, this Court issued an order denying without prejudice Plaintiff's IFP Motion because Plaintiff did not sufficiently explain how he is indigent. [ECF No. 12]. The Court directed Plaintiff to provide information about this trust and whether he had access to those funds. *Id.* Yet, Plaintiff has not done so. For the Court to reasonably ascertain whether Plaintiff is indigent to proceed without paying a filing

---

[1] This Court liberally construes Plaintiff's "Appeal" as a motion to reconsider this Court's Order, [ECF No. 12], pursuant to Federal Rule of Civil Procedure 60.

fee, Plaintiff must explain to the Court what assets he has, the value of each, and whether he has access to those funds.

Accordingly, it is **ORDERED AND ADJUDGED** that

1) Plaintiff's Appeal of Order denying Motion for Leave to Proceed *in forma pauperis* and Motion for Referral to Volunteer Attorney Program, [ECF No. 13], is **DENIED.**

2) **On or before July 30, 2021**, Plaintiff shall provide the Court sufficient information regarding his assets, including the home trust. Alternatively, **on or before July 30, 2021**, Plaintiff shall pay the Clerk's filing fee of $402.00. If the filing fee is paid, Plaintiff shall put the case number on the check or money order so the Clerk can docket the payment in the correct case.

3) Plaintiff is cautioned that failure to comply with this Order may result in dismissal of this case.

4) This is **CLOSED** for administrative purposes only.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of June, 2021.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE