UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-23727-DPG

VALENTIN SPATARU

   Plaintiff,

v.

MDPD, et al.

   Defendants



07/20/21

**Affidavit that Plaintiff's home purchase trust account is at a bank and will only be used for his home purchase and home repairs**

Honorable Judge Darrin P. Gayles,

Plaintiff certifies that he will use his home purchase account only for his home purchase and home repairs. Plaintiff understands that the punishment for knowingly making a false statement includes fines and/or imprisonment.

Plaintiff's home purchase trust account currently is at a confidential bank in an account named "savings account" because all banks that Plaintiff contacted do not offer an account named "home purchase trust account" and cannot open one for me. In addition, Plaintiff could not find a trust firm or a specialized attorney to open a home purchase trust account because the sum that he has is too small for them economically to open such an account.

Respectfully, Plaintiff requests the Court either to consider his bank account named "savings account" as a home purchase trust account or to recommend an adequate firm to open such an account pro-bono if the Court does not consider his account as a home purchase trust

account. The Plaintiff respectfully requests the Court to approve his Motion for Leave to Proceed in Forma Pauperis and Motion for Referral to Volunteer Attorney Program because he lacks adequate funds; indeed, Medicare and Medicaid allow a home real estate property value of $600,000 before they charge the beneficiary any fees, and Plaintiff has a lot less than $600,000 for his home real estate purchase.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished via email this 07/20/21 to 1. **DEFENDANT MDPD** represented by Freddy Ramirez, Director of the MDPD, 9105 NW 25 St., Doral, FL 33172, directorsoffice@mdpd.com, aramireziii@mdpd.com; and by Legal Division Commander: Janet Lewis, jlewis@mdpd.com, Phone: 786-256-1006 and 305-471-2550, Fax: 305-471-2551; **2.DEFENDANTS ROMERO, REKER, BONILLA, MOLINA, DAVIS, and JUAN J. PEREZ -former Director of the MDPD-**, whose email addresses I did not find, to c/o Freddy Ramirez, Director of the MDPD, 9105 NW 25 St., Doral, FL 33172, directorsoffice@mdpd.com, aramireziii@mdpd.com; and to Janet Lewis, Legal Division Commander, jlewis@mdpd.com, Phone: 786-256-1006 and 305-471-2550, Fax: 305-471-2551; 3. **DEFENDANT MDC** represented by Harvey Ruvin, Ex-Officio Clerk of the Board of County Commissioners, Miami-Dade County, 111 NW 1st Street, Suite 17-202, Miami, Florida 33128, clerkbcc@miamidade.gov; by Abigail Price-Williams, County Attorney, Suite 2810, Phone 305.375.5151, Fax 305.375.5634, apw1@miamidade.gov, atty@miamidade.gov; and by Carlos A. Gimenez, Former Mayor, 29th Floor, Phone 305-375-5071, mayor@miamidade.gov; 4. **DEFENDANT Carlos A. Gimenez, Former Mayor of MDC**, Phone 305-375-5071, mayor@miamidade.gov.

Respectfully submitted,

/s/ Valentin Spataru, pro-se

c/o CILK - Center for Independent Living

103400 Overseas Hwy. S.243, Key Largo, FL 33037

Mobile cell phone: 305 615 0061

Email: valentin.spataru.macc.cpa@gmail.com, valespa@outlook.com

**CTR. FOR INDEPENDENT LIVING OF THE KEYS**
103400 Overseas Highway
Suite 243
Key Largo, FL 33037

United States District Court
400 North Miami Avenue
Room 8N09
Miami, FL 33128

USPS INSPECTED
RECEIVED

$0.50
US POSTAGE
FIRST-CLASS
062S0006962744
FROM 33037