UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-23727-DPG

VALENTIN SPATARU

   Plaintiff,

v.

MDPD, et al.

   Defendants



08/16/21

**Motion to reopen the case**

**and**

**Affidavit that Plaintiff did his best to mail the previous motion to the Court by the deadline**

Honorable Judge Darrin P. Gayles,

Respectfully, Plaintiff requests the Court to accept the previous motion because Plaintiff did his best to mail the previous motion to the Court by the deadline, to approve all his motions, and to reopen the case. Truly, on July 20, 2021, 10 days before the deadline, Plaintiff asked the Center for Independent Living of the Keys (CILK), which helps Plaintiff with mail, to mail Plaintiff's motion to reconsider - "Affidavit […]" - to the United States District Court - see the enclosure -.

**Affidavit**

Plaintiff certifies that he did his best to mail the previous motion to the Court by the deadline. Plaintiff understands that the

punishment for knowingly making a false statement includes fines and/or imprisonment.

Respectfully, Plaintiff requests the Court to ask Social Security Administration (SSA) to provide adequate funds and number of employees to CILK to help all their clients.

Respectfully, Plaintiff requests the Court to add a rule that allows pro-se parties and all CILs to file electronically to all USA's Courts. CIL already may file electronically to the SSA and FL DCF to save resources.

Respectfully, Plaintiff requests the Court to add a rule that allows all motions to be mailed even on the day of the deadline, as the Supreme Court of the United States does; and to unify all federal' and states' rules as much and soon as possible, which will improve our justice system and society.

History books write that the Government of Germany eliminated by gassing in the late 1930s all who had no resources to live or could not work for the war economy. That will happen to Plaintiff in the USA or abroad in a similar war situation if Plaintiff will not be financially stable and independent. Indeed, during a period in 2017 with awful, unbearable back and arms pain, Plaintiff wrote to Doctor Sandoval at Guidance Care Center that Plaintiff thought about a doctor euthanizing Plaintiff to end Plaintiff's suffering. Therefore, if Plaintiff is not given the funds which Plaintiff needs to live a decent and pain-free life, respectfully, Plaintiff requests the Court to allow Plaintiff's civilized, painless euthanizing.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished via email this 08/16/21 to 1. **DEFENDANT MDPD** represented by Freddy Ramirez, Director of the MDPD, 9105 NW 25 St., Doral, FL 33172, directorsoffice@mdpd.com, aramireziii@mdpd.com;

and by Legal Division Commander: Janet Lewis, jlewis@mdpd.com, Phone: 786-256-1006 and 305-471-2550, Fax: 305-471-2551; **2.DEFENDANTS ROMERO, REKER, BONILLA, MOLINA, DAVIS, and JUAN J. PEREZ -former Director of the MDPD-**, whose email addresses I did not find, to c/o Freddy Ramirez, Director of the MDPD, 9105 NW 25 St., Doral, FL 33172, directorsoffice@mdpd.com, aramireziii@mdpd.com; and to Janet Lewis, Legal Division Commander, jlewis@mdpd.com, Phone: 786-256-1006 and 305-471-2550, Fax: 305-471-2551; 3. **DEFENDANT MDC** represented by Harvey Ruvin, Ex-Officio Clerk of the Board of County Commissioners, Miami-Dade County, 111 NW 1st Street, Suite 17-202, Miami, Florida 33128, clerkbcc@miamidade.gov; by Abigail Price-Williams, County Attorney, Suite 2810, Phone 305.375.5151, Fax 305.375.5634, apwl@miamidade.gov, atty@miamidade.gov; and by Carlos A. Gimenez, Mayor, 29th Floor, Phone 305-375-5071, mayor@miamidade.gov; 4. **DEFENDANT Carlos A. Gimenez, Mayor of MDC**, Phone 305-375-5071, mayor@miamidade.gov.

Respectfully submitted,

/s/ Valentin Spataru, pro-se

c/o CILK - Center for Independent Living

103400 Overseas Hwy. S.243, Key Largo, FL 33037

Mobile cell phone: 305 615 0061

Email: valentin.spataru.macc.cpa@gmail.com, valespa@outlook.com

**Enclosure**

**Emails to and from CILK's employee Laurel Folse**

From: Laurel Folse <lfolse@cilofthekeys.org>

To: Valentin <VALESPA@outlook.com>

Sat, Aug 14 at 3:22 PM

Hi you gave me the letter in the email too late. I didn't have that letter on the day you asked me. I had to ask you to email it to me after. I couldn't mail it in correct time. I don't have access to overnight mail at the office.

Laurel Folse

Administrative Assistant

Keys Advocacy Center d/b/a Center for Independent Living of the Keys

103400 Overseas Hwy Suite #243

Key Largo FL 33037

Pink Plaza MM 103

305 453 3491 office    305 453 3488 Fax

lfolse@cilofthekeys.org

Like us on Facebook


On Saturday, August 14, 2021, Valentin <VALESPA@outlook.com> wrote:

Thanks, Laurel for mailing my motion to the Court. Unfortunately, the Court received it after the deadline; see below, "WARNING: CASE CLOSED on 06/30/2021."

Will you please write and sign an affidavit for the Court that I and you did your best to mail my motion ASAP to the Court; and that CILK needs adequate funds and number of employees to help clients. I will write a new motion to the Court to reopen the case.

Regards,

Valentin


----- Forwarded Message -----

From: "cmecfautosender@flsd. uscourts.gov" <cmecfautosender@flsd. uscourts.gov>

To: Valentin <VALESPA@outlook.com>

Sent: Tuesday, August 3, 2021, 10:17:51 PM GMT+3

Subject: Activity in Case 1:20-cv-23727-DPG Spataru v. Miami- Dade Police Department (MDPD) et al Motion for Reconsideration

[...]

U.S. District Court

Southern District of Florida

Notice of Electronic Filing

The following transaction was entered on 8/3/2021 at 3:17 PM EDT and filed on 8/3/2021

Case Name:   Spataru v. Miami- Dade Police Department (MDPD) et al

Case Number: 1:20-cv-23727-DPG

Filer: Valentin Spataru

WARNING: CASE CLOSED on 06/30/2021

Document Number:   15

Docket Text:

MOTION for Reconsideration re [12] Order on Motion for Leave to Proceed in forma pauperis, Order on Motion for Referral to Volunteer Attorney Program by Valentin Spataru. (mee)


Laurel Folse <lfolse@cilofthekeys.org>

To: Valentin <VALESPA@outlook.com>

Thu, Jul 29 at 6:53 PM

Ok, I mailed it for you.

On Thu, Jul 29, 2021 at 9:53 AM Valentin <VALESPA@outlook.com> wrote:

Here is the letter attached.

What is the contact for the housing that is available now?

Regards,

Valentin

valespa@outlook.com

Attachment:

Affidavit, Explanation of trust for Motion for Leave to Proceed in forma pauperis ....pdf


On Wednesday, July 28, 2021, 11:46:29 PM GMT+3, Laurel Folse <lfolse@cilofthekeys.org> wrote:

Where is the letter? I do not see it in the email.


On Wed, Jul 28, 2021 at 4:06 PM Val S. <valespa@outlook.com> wrote:

> The letter is [...] for abusive tasering by police; I have never been in the Military, so police should not have expected me not to want to explain my issues with Walmart to police -illegally called by Walmart for my insisting to get the names of the unprofessional Walmart employees-. Do you want to see my complaint? The police didn't receive adequate training.

> Would you please mail the letter today; I believe now that the deadline is that the court must receive it on or before July 30th. The federal rule about the mailing deadline is different from the state's rule. Do you know the rules to make sure?

> What is the contact for the housing that is available now?

> Regards,

Valentin

valespa@outlook.com

Laurel Folse <lfolse@cilofthekeys.org>

To: Val S. <valespa@outlook.com>

Mon, Jul 26 at 3:39 PM

Hello,

I can this week. […]

On Mon, Jul 26, 2021 at 5:12 AM Val S. <valespa@outlook.com> wrote:

Dear Laurel,

Will you please let me know whether you mailed my letter to the court. Lesly has told me that CILK is able to mail such letters.

Is housing available now in S. FL?

From: Valentin <VALESPA@OUTLOOK.COM>

Sent: Tuesday, **July 20, 2021** 12:12 PM

To: lfolse@cilofthekeys.org <lfolse@cilofthekeys.org>

Subject: Dear Laurel, How are you? [...]

Dear Laurel,

How are you? I hope you all are fine.

Will you please mail my letter to the United States District Court for the Southern District of Florida,

400 North Miami Avenue, Room 8N09

Miami, FL 33128

(305) 523-5100

The deadline for them to receive it is July 30, 2021.

Only attorneys may file electronically, per https://www.flsd.uscourts.gov/local-rules-and-procedures.

Regards,

Valentin

valespa@outlook.com

Attachment:

**Affidavit, Explanation of trust for Motion for Leave to Proceed in forma pauperis ....pdf**

**CENTER FOR INDEPENDENT LIVING OF THE KEYS**
103400 Overseas Highway
Suite 243
Key Largo, FL 33037

MIAMI FL 330
17 AUG 2021 PM 4 L

United States District Court
for the Southern District of FL
400 N. Miami Avenue
Room 8N09
MIAMI, FL 33128

USMS
INSPECTED

RECEIVED
AUG 20 2021
12:56 PM